MIED (Rev. 9/08) Statement of Disclosure of Corporate Affiliations and Financial Interest

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

DAPHNE JARRETT
    Plaintiff(s),

Case No. 2:13-cv-13651-LPZ_MJH

v.

Judge LAWRENCE P. ZATKOFF

Magistrate Judge

EQUITY EXPERTS.ORG, LLC
    Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, ___EQITY EXPERTS.ORG___
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.  Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2.  Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: _9/24/2013_

    _Michael McJ_
    Signature

    _P64599_
    Bar No.

    _6 Parklane Blvd., Ste. 665_
    Street Address

    _Dearborn, MI 48126_
    City, State, Zip Code

    _(313) 914-5846_
    Telephone Number

    _mike@theleducgroup.com_
    Primary Email Address